UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 21-08959-RSWL (DFM) | Date: | January 14, 2022 |
|---|---|---|---|
| Title | Akili B. Al Saif Allah v. Superior Court of the County of Los Angeles | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Petitioner: | Attorney(s) for Respondent: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On November 24, 2021, the Court ordered Petitioner to show cause within twenty-eight (28) days why the Petition should not be dismissed for failure to state a cognizable claim and under the abstention doctrine set forth in Younger v. Harris, 401 U.S. 37 (1971). See Dkt. 3. That time has now elapsed, and Petitioner has neither responded to the Court's order nor requested an extension of time to respond.

Accordingly, Petitioner is ordered to show cause within **twenty-one (21) days** why the Court should not dismiss this action for failure to prosecute. Failure to respond to this order may result in a dismissal of this action. A filing responsive to the Court's November 24, 2021 order is sufficient to discharge this order.