JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AKILI B. AL SAIF ALLAH,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF THE COUNTY OF LOS ANGELES,<br><br>Respondent. | No. CV 21-08959-RSWL (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Summarily Dismissing Petition,

IT IS ADJUDGED that the Petition and this entire action are dismissed without prejudice.

Date: May 9, 2022

   */S/ RONALD S.W. LEW*
RONALD S.W. LEW
United States District Judge